IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

FEB 07 2023

LAURA A. AUSTIN, CLERK
BY: /s/ I. Beeson
DEPUTY CLERK

Dillon
District Judge
(Assigned by Clerk's Office)

Hoppe
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:23CV82
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)**

LEON McKINLEY DICKERSON SR.             #61906471
Plaintiff Name                          Inmate No.

V.

GLOBAL TEL LINK CORPORATION (d/b/a VIAPATH TECHNOLOGIES
Defendant Name & Address 3120 FAIRVIEW PARK DRIVE SUITE 300 FALLS CHURCH VA. 22042

CONSUMER SERVICES (TELMATE) LLC CALIFORNIA DEPARTMENT OF CONSUMER
Defendant Name & Address AFFAIRS 1625 NORTH MARKET BLVD SUITE N. 112 SACRAMENTO, CA 95834

MAJOR SCHMITT BRRJ/ACADC AMHERST, VA 24572. 219 SOUTH
Defendant Name & Address RIVERVIEW ROAD, AMHERST, VIRGINIA 24572

Defendant Name & Address

Defendant Name & Address

Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT. TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

********************************************************************************

A. **Where are you now?** Name **and** Address of Facility:

BRRJ/ACADC AMHERST, VA. POST OFFICE BOX 1150
MADISON HEIGHTS, VA 24572

B. Where did this action take place?

219 SOUTH RIVER VIEW ROAD, AMHERST, VIRGINIA 24572

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes     ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes     ____ No

1. If your answer is Yes, indicate the result:

NO RESULTS, JUST KEEPS SAYING WE HAVE A TICKET ON THE PROBLEM.

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

I HAVE BEEN TRYING TO OPEN MY MAIL ON THE TABLET SINCE 11/18/22 AND STILL UNTIL TODAY, I HAVEN'T GOTTEN MY MAIL. I SPOKE WITH THE MAIL LADY MS. COLES, THE MAJOR, GTL TEL-MATE, AND STILL NO MAIL.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

I HAVE WROTE GRIEVANCES; STILL NO ONE CAN GET ME MY MAIL. I HAVE CONFIRMATION NUMBERS OF REQUEST, ON UP TO GRIEVANCES, CONCERNING MY MAIL. I HAD SOME GUY'S NAME COLLIN IN MY MAIL ACCOUNT; WHICH THEY JUST FIXED ON THE 1/20/23. THIS MAIL HAS BEEN IN MY ACCOUNT SINCE 11/16/22, WITH HIS FAMILY PICTURES IN MY MAIL. I JUST RECEIVED A MAIL SCAN ON 1/30/23 WITH LETTER # 2624475; BUT STILL NO MAIL. THIS MAIL SYSTEM IS UNSAFE FOR INMATES.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

TO FIX THIS SYSTEM OR SCRAP IT, AND NOMINAL DAMAGES, COMPENSATORY DAMAGES AND PUNITIVE DAMAGES, FOR THEM INTENTIONALLY NOT SENDING MY MAIL STILL. $30,000.00

G. If this case goes to trial, do you request a trial by jury?  Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 2/1/23          SIGNATURE: _Leon M. Dickerson Sr._

VERIFICATION:
I, LEON McKINLEY DICKERSON SR., state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 2/1/23          SIGNATURE: _Leon M. Dickerson Sr._

Updated 9/9/22

LEON M. DICKERSON SR. #61906471
C/O BRRJ/ACADC AMHERST, VA.
POST OFFICE BOX 1150
MADISON HEIGHTS, VIRGINIA 24572



(CLERK) U.S. DISTRICT COURT
210 FRANKLIN ROAD S.W SUITE 540
ROANOKE, VIRGINIA 24011-2208