IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LEON MCKINLEY DICKERSON, SR., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL TEL LINK CORPORATION, )<br>d/b/a Viapath Technologies, *et al.*, )<br>    Defendants. ) | Civil Action No. 7:23-cv-00082<br><br>By: Elizabeth K. Dillon<br>    United States District Judge |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this 42 U.S.C § 1983 action is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c)(1). It is further ORDERED that the Clerk shall STRIKE this case from the active docket of the court.

The clerk shall send to Dickerson a copy of this order and the accompanying memorandum opinion.

Entered: April 20, 2023.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge